# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Omar Shariffe White | ) | Case No:  5:98CR124-3 |
| | ) | USM No:  21628-050 |
| Date of Previous Judgment:  4/25/01 | ) | Eugene James Chandler II |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   ■ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   The defendant was sentenced to 240 months confinement which was the low end of the original guideline range.  On 4/25/01, the sentence was reduced, pursuant to Rule 35, to 180 months confinement which was 75% of the low end of the original guideline range.  The defendant is eligible for a two-level reduction in offense level pursuant to Amendment 706.  However, since there is a 240-month mandatory minimum sentence in this case, the guideline range for imprisonment does not change, and the defendant is not eligible for a sentence reduction.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   4/27/99   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   April 17, 2009

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge